### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-20040 |
| ) | |
| CHRISTOPHER L. BAILEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On October 16, 2020, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 21). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1-3 of the Indictment is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for March 8, 2021, at 10:00 AM in Urbana before Judge Michael M. Mihm.

ENTERED this 2nd day of November, 2020.

                                                                                  s/ Michael M. Mihm
                                                                                   Michael M. Mihm
                                                                                   United States District Judge